1  James J. Jackson, Esq.
   Nevada Bar No. 3083
2  **THORNDAL, ARMSTRONG, DELK,**
   **BALKENBUSH & EISINGER**
3  1100 E. Bridger Ave. (89101)
4  P.O. Drawer 2070
   Las Vegas, NV 89125-2070
5  Tel.: (702) 366-0622
   Fax: (702) 366-0327
6  E-Mail: jjj@thorndal.com
7  *Attorneys for Defendant Daniel Villarruel*

8

9                  UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12 | SHI WANG, an individual,                          | CASE NO.: 2:12-cv-01666-GMN-VCF |
13 |                    Plaintiff,                     |
14 | vs.                                               |
15 | SERRANO SERVICES, LLC, a Nevada                   |
   | Limited Liability Company, DANIEL                 |
16 | SERRANO, an individual, and DOES I-X,             |
   | inclusive,                                        |
17 |                    Defendants.                    |

18

19         STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

20         IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, SHI

21 WANG and his attorneys, Harmon Wang, LLC, and the Defendants, Daniel Villarruel,

22 *incorrectly identified as* DANIEL SERRANO, and SERRANO SERVICES, a California sole

23 proprietorship, *incorrectly identified as a* Nevada Limited Liability Corporation, by and

24 through their attorney, James J. Jackson, Esq. of Thorndal, Armstrong, Delk, Balkenbush &

25 Eisinger, that the above-entitled action be dismissed with prejudice, each party to bear their

26 own costs.

27 . . .

28 . . .

1  Dated this 7-14 day of May, 2013.         Dated this 14th day of May, 2013.

2  HARMON WANG                               THORNDAL ARMSTRONG DELK
                                             BALKENBUSH & EISINGER
3

4  _____               _Susan C. Freoca for_____
   KYLE N. FOSTER, ESQ.                      JAMES J. JACKSON, ESQ.
5  Nevada Bar No. 11125                      Nevada Bar No. 3083
   1428 S. Jones Blvd.                       1100 E. Bridger Ave. (89101)
6  Las Vegas, NV 89146                       P.O. Drawer 2070
   Las Vegas, Nevada 89101                   Las Vegas, NV 89125-2070
7  Tel.: (702) 253-6996                      Tel.: (702) 366-0622
   Fax: (702) 253-6997                       Fax: (702) 366-0327
8  Email: kyle@harmonwang.com                Email: jjj@thorndal.com
   *Attorneys for Plaintiff Shi Wang*        *Attorneys for Defendant Daniel Villarruel*
9

10
                                ORDER
11
           IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled
12
   action, under Case No. 2:12-cv-01666-GMN-VCF, shall be dismissed with prejudice, each
13
   party will bear their own attorneys' fees and costs incurred herein.
14
           **IT IS SO ORDERED** this 15th day of May, 2013.
15

16                                           _____
17                                           Gloria M. Navarro
                                             United States District Judge
18

19  Submitted by:

20  THORNDAL, ARMSTRONG, DELK,
    BALKENBUSH & EISINGER
21

22  _Susan C. Freoca for_____

23  James J. Jackson, Esq.
    1100 E. Bridger Ave. (89101)
24  P.O. Drawer 2070
    Las Vegas, NV 89125-2070
25  Tel: (702) 366-0622
    Fax: (702) 366-0327
26  jjj@thorndal.com
    *Attorneys for Defendant*
27  *Daniel Villarruel*

28