James J. Jackson, Esq.
Nevada Bar No. 3083
**THORNDAL, ARMSTRONG, DELK,**
**BALKENBUSH & EISINGER**
1100 E. Bridger Ave. (89101)
P.O. Drawer 2070
Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: jjj@thorndal.com
*Attorneys for Defendant Daniel Villarruel*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHI WANG, an individual,<br><br>Plaintiff,<br>vs.<br><br>SERRANO SERVICES, LLC, a Nevada Limited Liability Company, DANIEL SERRANO, an individual, and DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-01666-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, SHI WANG and his attorneys, Harmon Wang, LLC, and the Defendants, Daniel Villarruel, *incorrectly identified as* DANIEL SERRANO, and SERRANO SERVICES, a California sole proprietorship, *incorrectly identified as a* Nevada Limited Liability Corporation, by and through their attorney, James J. Jackson, Esq. of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, that the above-entitled action be dismissed with prejudice, each party to bear their own costs.

. . .

. . .

| | |
|---|---|
| Dated this 7-14 day of May, 2013. | Dated this 14TH day of May, 2013. |
| HARMON WANG | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| /s/ Kyle Foster | /s/ Susan C. Fresca for |
| KYLE N. FOSTER, ESQ. | JAMES J. JACKSON, ESQ. |
| Nevada Bar No. 11125 | Nevada Bar No. 3083 |
| 1428 S. Jones Blvd. | 1100 E. Bridger Ave. (89101) |
| Las Vegas, NV 89146 | P.O. Drawer 2070 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89125-2070 |
| Tel.: (702) 253-6996 | Tel.: (702) 366-0622 |
| Fax: (702) 253-6997 | Fax: (702) 366-0327 |
| Email: kyle@harmonwang.com | Email: jjj@thorndal.com |
| *Attorneys for Plaintiff Shi Wang* | *Attorneys for Defendant Daniel Villarruel* |

ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action, under Case No. 2:12-cv-01666-GMN-VCF, shall be dismissed with prejudice, each party will bear their own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED** this 15th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

/s/ Susan C. Fresca for

James J. Jackson, Esq.
1100 E. Bridger Ave. (89101)
P.O. Drawer 2070
Las Vegas, NV 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
jjj@thorndal.com
*Attorneys for Defendant Daniel Villarruel*